UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00526-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES VACEK,

    Defendant.

**ORDER**

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, January 28, 2009,** and responses to these motions shall be filed by **Monday, February 9, 2009.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, February 17, 2009, at 4:00 p.m. in courtroom A-1002** It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, February 23, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: December 19, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge