IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 08-CR-00526-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES VACEK,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on October 16, 2017, for preliminary hearing and detention hearing on the Second Petition to Revoke Supervised Release (docket no. 46). The court has accepted a waiver of preliminary hearing by the defendant. In addition, the court has considered the proffers by the government and the defendant. Lastly, I have taken judicial notice of the court's file which includes, but is not limited to, the Presentence Report.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, I find that defendant is before the court on his Second Petition to Revoke Supervised Release for Armed Bank Robbery (docket no. 46). Defendant had his Supervised Released initially revoked by Judge Daniel on June 18, 2013. *See* docket no. 43. This prior revocation also involved the use of Methamphetamine; failing to undergo drug testing and committing a new crime. Defendant later plead guilty to Theft in the Douglas County District Court, Case No. 13-CR-4668 and the charges of Third Degree Burglary and Possession of Burglary Tools were dismissed. In this Second Petition to Revoke Supervised Release (docket no. 46), the defendant is charged as

follows:

| | |
|---|---|
| Count One: | Failure to Report Arrest/Questioning by Law Enforcement Officer; |
| Count Two: | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer; |
| Count Three: | Failure to Notify Probation Officer in Change in Residence; |
| Count Four: | Possession and Use of a Controlled Substance to wit: Methamphetamine; |
| Count Five: | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer; |
| Count Six: | Possession and Use of a Controlled Substance to wit: Methamphetamine; and |
| County Seven: | Failure to Pay Fine/ Restitution as Directed. |

Based upon the written and oral waiver by defendant of his preliminary hearing, I find probable cause exists that defendant has violated his supervised release for a second time as outlined above.

In making my findings of fact, I have taken judicial notice of the information set forth in the Presentence Report and the entire court file. I have also considered the proffers and arguments of counsel. Under these circumstances, I find that the defendant has not sustained his burden. On the record before the court, I find that no condition or combination of conditions of release that will reasonably assure the safety of the community or defendant's presence in court. Accordingly, I order the defendant detained without bond.

Done this 16th of October 2017.

BY THE COURT

S/ Michael J. Watanabe
_____
Michael J. Watanabe
U.S. Magistrate Judge